UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMINA O. ABDI, | : |
| Plaintiff, | : |
| vs. | : CASE NO. 2:06 cv 971 |
| | : District Judge Sargus |
| | : Magistrate Judge Kemp |
| JAMES KARNES, | : |
| Defendant. | : |

### ENTRY OF DISMISSAL

Pursuant to the terms of the Settlement and Release Agreement reached by the parties in this matter, this case is hereby dismissed with prejudice, subject to this Court's reservation of jurisdiction to enforce the terms of their Agreement.

The parties' Settlement and Release Agreement is attached to this Order as Exhibit A for purposes of the Court's continuing jurisdiction. Consistent with the terms of the Agreement, this Court shall retain jurisdiction for twenty-five (25) months following the effective date of the Agreement for the sole purpose of entertaining motions by any party to enforce the terms of the Agreement. The party alleging breach in any such motion shall bear the burden of proof. If this Court determines by a preponderance of the evidence that either party has materially breached one or more terms of this agreement, the remedy shall be, in the first instance, an order that the breaching party comply with the breached term or terms. No other sanction in the nature of a contempt sanction shall be imposed except in the event that the breaching party fails to comply with this Court's remedial order. Following the relinquishment of continuing jurisdiction by this

Court, the terms of the parties' Agreement may be enforced only through an action for breach of contract in a court of competent jurisdiction.

**IT IS SO ORDERED.**

8-19-2008
EDMUND A. SARGUS, JR.
**United States District Judge**

s/Frederick M. Gittes
Frederick M. Gittes (0031444)
Counsel for Plaintiff


/s/Nick A. Soulas, Jr. (per e-mail authority)
Nick A. Soulas, Jr. (0062166)
Counsel for Defendant